FILED

2019 MAR 12 AM 9:06



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER |
|---|---|---|
| United States of America | PLAINTIFF(S) | 19-MJ-6087-MPK |
| v. | | |
| Felicity Huffman | DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT  19MJ00993 |

The above-named defendant was charged by: __Criminal Compaint__
in the _____ District of __Massachusetts__ on __03/11/2019__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ _____ U.S.C., Section(s) __1349__ _____
to wit: _Conspiracy to commit Mail Fraud and Honest Services mail Fraud (18 U.S.C. §1349)_

A warrant for defendant's arrest was issued by: __M. Page Kelly__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __3/12/19__, by
_____, Deputy Clerk.

| Signature of Agent | Print Name of Agent: Craig Schneider |
|---|---|
| Agency: FBI | Title: Special Agent |

CR-52 (05/98)   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT