FILED
2019 MAR 12 AM 9:06

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. PLAINTIFF | 19-MJ-6087-MPK |
| Felicity Huffman | REPORT COMMENCING CRIMINAL ACTION |
| USMS= DEFENDANT | 19MJ00993 |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 3/12/2019  6:15  ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   Conspiracy to commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. §1349)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: 1962

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Devin

10. Remarks (if any): _____

11. Name: Craig Schnedler (please print)

12. Office Phone Number: 323-825-9771

13. Agency: FBI

14. Signature: [signed]

15. Date: 3/12/2019

CR-64 (05/18)                    REPORT COMMENCING CRIMINAL ACTION